Matter of Gorman (2023 NY Slip Op 00922)

Matter of Gorman

2023 NY Slip Op 00922

Decided on February 16, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 16, 2023

PM-35-23
[*1]In the Matter of Joseph Abraham Gorman, an Attorney. (Attorney Registration No. 4933164.)

Calendar Date:February 14, 2023

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Fisher, JJ.

Joseph Abraham Gorman, San Francisco, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Joseph Abraham Gorman was admitted to practice by this Court in 2012 and lists a business address in San Francisco, California with the Office of Court Administration. Gorman now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Gorman's application.
Upon reading Gorman's affidavit sworn to January 18, 2023 and filed January 23, 2023, and upon reading the February 6, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Gorman is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Ceresia and Fisher, JJ., concur.
ORDERED that Joseph Abraham Gorman's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Joseph Abraham Gorman's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Joseph Abraham Gorman is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Gorman is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Joseph Abraham Gorman shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.